# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In Re:                                                                                  Case No.    13-03600-HB

Stacy's, Inc.,

Chapter 7

Debtor(s)

**TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS**

  Enclosed from the office of John K. Fort, Trustee for the above-referenced case is check number 258 in the amount of $2,383.57 representing monies designated as dividends to unsecured creditors as follows:

| Creditor | Claim Number | Failure to Clear | Returned Mail | BR3010 | Amount |
|---|---|---|---|---|---|
| Indian Springs Perennials, Inc.<br>35320 Highland Drive<br>Eustis, FL   32736 | 77 | X | X |  | $2,383.57 |
| Total |  |  |  |  | $2,383.57 |

                         */s/ John K. Fort*
                         JOHN K. FORT, TRUSTEE

DATE:    January 11, 2016

If reason for return is other than those listed, please note reason

---

(FOR BANKRUPTCY COURT USE ONLY)      BANKRUPTCY TRUSTEE LEDGER

TITLE:                       DOCKET:

| Date | Receipt No. | Received | Disbursed | Balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |